UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| PATEL ARPITKUMAR, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | CASE NO. 1:21-cv-00647-WMR |
| vs. | JURY TRIAL DEMANDED |
| SEQUIUM ASSET SOLUTIONS, LLC, | |
| *Defendant*. _____/ | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Patel Arpitkumar and Defendant Sequium Asset Solutions, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of Plaintiff are hereby dismissed <u>with</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice. Each party to bear their own costs and attorney's fees.

Date: February 24, 2021

Respectfully submitted,

**HIRALDO P.A.**
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*

**THE KOVAL FIRM, LLC**

s/ Steven H. Koval
By: Steven H. Koval
Georgia Bar No. 428905
Attorney for Plaintiff
3575 Piedmont Road
Building 15, Suite 120
Atlanta, Georgia 30305
Telephone: (404) 513-6651
shkoval@aol.com

        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

        */s/ Andrew Craft*
Andrew T. Craft
Georgia Bar No. 844764
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308
404.348.8585 – Telephone
404.467.8845 - facsimile
Andrew.Craft@lewisbrisbois.com

*Counsel for Defendant Sequium Asset Solutions, LLC*